AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Andrew Paliotto, on behalf of himself and
others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

Johnny Rockets Group, Inc.

CASE NUMBER 1:06CV02253

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 12/29/2006

TO: (Name and address of Defendant)

Johnny Rockets Group, Inc.
c/o National Registered Agents, Inc.
1090 Vermont Ave., N.W., #910
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Sanford
Sanford, Wittels & Heisler LLP
1666 Connecticut Ave., NW
Suite 310
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         DEC 29 2006
CLERK                              DATE

_/s/ Maureen Higgins_
(BY) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Andrew Paliotto, on behalf of himself individually and all others similarly situated

vs.

The Johnny Rockets Group, Inc.

No. 1:06CV02253

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Letter dated January 3, 2007, Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Collective Action Complaint and Demand for Jury Trial, Opt-In Consent Form and Initial Electronic Case Information Report in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:30 am on January 4, 2007, I served The Johnny Rockets Group, Inc. c/o National Registered Agents, Inc. at 1090 Vermont Avenue, NW, Suite 910, Washington, DC 20005 by serving John Crystal, President, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     42
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  180
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 1/4/07
Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181900