IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andrew Paliotto,

        Plaintiff,

v.

Johnny Rockets Group, Inc.,

        Defendant.

Civil Action No. 1:06CV02253 (RCL)

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The Defendant, Johnny Rockets Group, Inc., by and through its undersigned counsel, hereby respectfully moves for a 20-day extension of time in which to answer or otherwise respond to the Complaint. In support thereof, the Defendant states as follows:

1. The Complaint was served on January 4, 2007, and an Answer or other response is now due on January 24, 2007.

2. The Defendant and its counsel are presently engaged in an active and diligent review of the allegations contained in the Complaint. An extension of 20 days, through and including February 13, 2007, would provide an adequate opportunity for the Defendant to prepare a full and appropriate response.

3. No previous extensions have been requested in this matter, and granting of this Motion will not affect any previously scheduled deadlines. The extension sought will provide an answer or other response within a shorter period of time than the 60-day period authorized under Federal Rule of Civil Procedure 4(d).

4.        Counsel for the Plaintiff does not oppose the requested extension.

Accordingly, the Defendant respectfully requests that the Court extend the time in which the Defendant may answer or otherwise respond to the Complaint by twenty (20) days, through and including February 13, 2007.

Respectfully submitted,

Dated: January 19, 2007

_____
Jason C. Schwartz, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrew Paliotto,<br><br>    Plaintiff,<br><br>v.<br><br><br>Johnny Rockets Group, Inc.,<br><br>    Defendant. | Civil Action No. 1:06CV02253 (RCL) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion For Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and it is FURTHER ORDERED that the Defendant shall answer or otherwise respond to the Complaint on or before February 13, 2007.


Dated: January __, 2007

_____
The Honorable Royce C. Lamberth
United States District Judge


Copies to:

David W. Sanford
Stefanie Roemer
Shayna M. Bloom
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Attorneys for Plaintiffs

Jason C. Schwartz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2007, I caused to be served a copy of the foregoing Defendant's Consent Motion For Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint via the Court's electronic filing system upon the following:

>David W. Sanford
>Stefanie Roemer
>Shayna M. Bloom
>SANFORD, WITTELS & HEISLER, LLP
>1666 Connecticut Avenue, N.W., Suite 310
>Washington, D.C. 20009
>Attorneys for Plaintiffs

_____
Jason C. Schwartz