UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW PALIOTTO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2253 (RCL) |
| JOHNNY ROCKETS GROUP, INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's Unopposed Motion [3] for Extension of Time in which to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby

ORDERED that defendant's Motion [3] is GRANTED; and it is further

ORDERED that defendant shall have up to and including February 13, 2007, to answer or otherwise respond to the Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 22, 2007.