**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREW PALIOTTO, | ) | **COLLECTIVE ACTION** |
| | ) | |
| on behalf of himself individually and all others | ) | **DEMAND** |
| similarly situated, | ) | **FOR JURY TRIAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:06-cv-2253 (RCL) |
| | ) | |
| THE JOHNNY ROCKETS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Shayna M. Bloom as counsel in this case for Plaintiff

Andrew Paliotto, et al.

Dated: January 23, 2007        Respectfully submitted,


_____/s/ Shayna M. Bloom_____
Shayna M. Bloom, D.C. Bar No. 498105
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7782
Facsimile: (202) 742-7776

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 23, 2007, a copy of the foregoing was filed electronically.

Notice of filing will be sent to the following by operation of the Court's electronic filing system.

The parties may access this filing through the Court's system.

> Jason C. Schwartz
> **GIBSON, DUNN & CRUTCHER LLP**
> 1050 Connecticut Ave., NW
> Suite 900
> Washington, DC 20036

> \_\_\_\_\_/s/ Shayna M. Bloom_____
> Shayna M. Bloom