IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrew Paliotto,<br><br>         Plaintiff,<br><br>    v.<br><br><br>Johnny Rockets Group, Inc.,<br><br>         Defendant. | Civil Action No. 1:06CV02253 (RCL) |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff and Defendant, by and through their undersigned counsel, hereby respectfully move for a 90-day stay of proceedings to facilitate the possible settlement of this matter. In support thereof, the Parties state as follows:

1.  The Complaint was served on January 4, 2007, and, pursuant to this Court's January 22, 2007 Order, an Answer or other response is now due on February 13.

2.  The Parties are engaged in active and diligent efforts to resolve this matter without the need for further litigation.

3.  The Parties have agreed upon additional fact-gathering efforts that they believe will assist in reaching a settlement of this litigation.

4.  The Parties plan to continue settlement negotiations following the completion of those joint fact-gathering efforts and, if necessary, the Parties will consider alternative dispute resolution through mediation or other means.

5.  The Parties believe that a 90-day stay of proceedings will permit them to complete their joint fact-gathering efforts and settlement negotiations, including any alternative dispute resolution.

6.  The Parties believe that the requested stay of proceedings will not unnecessarily delay the resolution of this matter should a settlement not be reached.

Accordingly, the Parties respectfully request that the Court stay all proceedings in this matter for 90 days, through and including May 8, 2007, thereby extending the time in which the Defendant may answer or otherwise respond to the Complaint through and including May 15, 2007.

Respectfully submitted,

Dated:  February 7, 2007

_____
Jason C. Schwartz, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorney for Defendant

Dated:  February 7, 2007

_____ *with permission*
David W. Sanford, D.C. Bar No. 457933
Stefanie Roemer, D.C. Bar No. 464450
Shayna M. Bloom, D.C. Bar No. 498105
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Attorneys for Plaintiffs

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrew Paliotto,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>Johnny Rockets Group, Inc.,<br><br>　　　　　Defendant. | Civil Action No. 1:06CV02253 (RCL) |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion to Stay Proceedings, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED;

and it is FURTHER ORDERED that proceedings in this matter are hereby stayed through and including May 8, 2007;

and it is FURTHER ORDERED that the Defendant shall answer or otherwise respond to the Complaint on or before May 15, 2007.


Dated: February __, 2007　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　United States District Judge


Copies to:

David W. Sanford
Stefanie Roemer
Shayna M. Bloom
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Attorneys for Plaintiffs

Jason C. Schwartz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2007, I caused to be served a copy of the foregoing Joint Motion to Stay Proceedings via the Court's electronic filing system upon the following:

>David W. Sanford
>Stefanie Roemer
>Shayna M. Bloom
>SANFORD, WITTELS & HEISLER, LLP
>1666 Connecticut Avenue, N.W., Suite 310
>Washington, D.C. 20009
>Attorneys for Plaintiffs

_____
Jason C. Schwartz