IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andrew Paliotto,

    Plaintiff,

v.

    Civil Action No. 1:06CV02253 (RCL)

Johnny Rockets Group, Inc.,

    Defendant.

### ORDER

Upon consideration of the Joint Motion to Stay Proceedings, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED;

and it is FURTHER ORDERED that proceedings in this matter are hereby stayed through and including May 8, 2007;

and it is FURTHER ORDERED that the Defendant shall answer or otherwise respond to the Complaint on or before May 15, 2007.

Dated: February 13, 2007

_____
The Honorable Royce C. Lamberth
United States District Judge

Copies to:

David W. Sanford
Stefanie Roemer
Shayna M. Bloom
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Attorneys for Plaintiffs