UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>        Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND**<br>**FOR JURY TRIAL**<br><br>Case No. 1:06-cv-2253 (RCL) |

**UNOPPOSED MOTION TO SET NEW DATES FOR CLASS CERTIFICATION BRIEFING**

Plaintiff, by and through undersigned counsel, hereby respectfully moves this Court to reset the date by which Plaintiff must move for class certification in this matter. Pursuant to Local Rule 7(m), Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel will not oppose this motion.

On December 29, 2006, Plaintiff filed the complaint in this matter. Dkt. No. 1. On February 7, 2007, after the parties engaged in preliminary settlement discussions, Defendant filed a Joint Motion to Stay this litigation to allow the parties to continue the settlement process. Dkt. No. 6. On February 13, 2007, this Court granted that motion and stayed the litigation. Dkt. No. 7. The stay will expire on May 8, 2007. See Dkt. No. 7. Both parties are still actively engaged in the settlement process and hope to complete that process before the stay expires. However, in order to preserve Plaintiff's rights in the event that this matter does not settle, Plaintiff files this Motion.

According to Local Rule 23.1(b), "[w]ithin 90 days after the filing of a complaint in a case sought to be maintained as a class action, unless the court in the exercise of its discretion

1

2

has extended this period," a plaintiff must move for certification.  Therefore, under other circumstances, Plaintiff's Motion for Class Certification would be due on March 29, 2007.  However, the parties agree that because of the stay in place, that period is tolled until the stay expires.  Because the stay began forty-five days after Plaintiff filed the complaint, there will be forty-five days left in the ninety-day period after the stay expires.  The new deadline for a class certification motion would therefore be June 22, 2007.

For the foregoing reasons, Plaintiff respectfully requests that this Court set June 22, 2007 as the new deadline by which Plaintiff must file a class certification motion.

Dated: March 8, 2007                              Respectfully submitted,


                                        _____/s/ David W. Sanford_____
                                        David W. Sanford, D.C. Bar No. 457933
                                        Shayna M. Bloom, D.C. Bar No. 498105
                                        **SANFORD, WITTELS & HEISLER, LLP**
                                        1666 Connecticut Ave., N.W., Suite 310
                                        Washington, D.C. 20009
                                        Telephone: (202) 742-7782
                                        Facsimile: (202) 742-7776

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2007, a copy of the foregoing was filed electronically.

Notice of filing will be sent to the following by operation of the Court's electronic filing system.

The parties may access this filing through the Court's system.

        Jason C. Schwartz
        **GIBSON, DUNN & CRUTCHER LLP**
        1050 Connecticut Ave., NW
        Suite 900
        Washington, DC 20036


        _____/s/ David W. Sanford_____
        David W. Sanford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>    Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND**<br>**FOR JURY TRIAL**<br><br><br>Case No. 1:06-cv-2253 (RCL) |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Set New Dates for Class Certification Briefing, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Plaintiff's class certification motion will now be due on June 22, 2007.

SO ORDERED.

Dated: _____, 2007          _____
                   United States District Judge Royce C. Lamberth