UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO<br><br>on behalf of himself individually and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>    Defendant. | **COLLECTIVE ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br><br><br>Case No. 1:06-cv-2253(RCL) |

**UNOPPOSED MOTION TO ASCERTAIN STATUS OF PLAINTIFF'S MOTION TO SET NEW DATES FOR CLASS CERTIFICATION BRIEFING**

The Plaintiff, by and through undersigned counsel, respectfully moves to ascertain the status of their Unopposed Motion to Set New Dates for Class Certification Briefing. Plaintiff's Motion was filed on March 8, 2007. Dkt. No. 8. The Complaint in this matter was filed on December 29, 2006, and, after entering settlement negotiations, this Court granted Defendant's motion to stay the litigation on February 13, 2007. The stay will expire on May 8, 2007. See Dkt. No. 7. Plaintiff filed the Motion to Set New Dates in order to determine whether the Motion for Class Certification is due on March 29, 2007 or on June 22, 2007. The Plaintiff now moves for an expedited review of their Motion for the reasons outlined below. Pursuant to Local Rule 7(m), Defendant does not oppose this Motion.

Local Rule 23.1(b) requires that "within 90 days after the filing of the complaint in a case sought to be maintained as a class action, unless the court in the exercise of its discretion has extended this period" a plaintiff must move for class certification. The complaint was filed on December 29, 2006, and thus in ordinary circumstances, the motion for certification would be

due on March 29, 2007. However, both Plaintiff's counsel and Defendant's counsel agree that because of the stay in place, that period is now tolled until the stay expires, making the motion for certification due on June 22, 2007.

In order to preserve Plaintiff's rights in the event that the period is not tolled by the stay, the Plaintiff respectfully requests that the Court expedite its review of Plaintiff's Motion.

Dated:   March 28, 2007                                  Respectfully submitted,

                                                          /s/ David W. Sanford
                                                         David W. Sanford, D.C. Bar No. 457933
                                                         Shayna M. Bloom, D.C. Bar No. 498105
                                                         Sanford, Wittels, & Heisler, LLP
                                                         1666 Connecticut Avenue, N.W., Suite 310
                                                         Washington, D.C. 20009
                                                         Telephone:  (202) 742-7782
                                                         Facsimile:  (202) 742-7776

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2007, a copy of the foregoing was filed electronically.

Notice of filing will be sent to the following by operation of the Court's electronic filing system.

The parties may access this filing through the Court's system.

        Jason C. Schwartz
        **GIBSON, DUNN & CRUTCHER LLP**
        1050 Connecticut Ave., NW
        Suite 900
        Washington, DC 20036


        _____/s/ David W. Sanford_____
        David W. Sanford