UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW PALIOTTO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-2253 (RCL) |
| JOHNNY ROCKETS GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of plaintiff's unopposed motion [8] to set new dates for class certification briefing, it is hereby

ORDERED that plaintiff's motion [8] is GRANTED; and it is further

ORDERED that plaintiff's class certification motion will now be due on June 22, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.

1