UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW PALIOTTO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-2253 (RCL) |
| JOHNNY ROCKETS GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

On March 28, 2007, plaintiff filed an unopposed motion [9] to ascertain the status of its motion [8] to set new dates for class certification briefing. Today, this Court issued an Order [10] GRANTING plaintiff's motion [8]. Accordingly, it is hereby

ORDERED that plaintiff's motion [9] is GRANTED; and it is further

ORDERED that plaintiff's request for expedited review of plaintiff's motion is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.