# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO, <br><br> on behalf of himself individually and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE JOHNNY ROCKETS GROUP, INC., <br><br> Defendant. | **COLLECTIVE ACTION** <br><br> **DEMAND FOR JURY TRIAL** <br><br><br> Case No. 1:06cv02253 (RCL) |

## JOINT MOTION TO EXTEND THE STAY IN PROCEEDINGS AND TO REFER TO A MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES ONLY

Plaintiff and Defendant, by and through their undersigned counsel, hereby respectfully move to extend the existing stay of proceedings in this matter by sixty-two days[1] to facilitate this matter's possible settlement and to refer this matter to a United States Magistrate Judge for the purpose of conducting a settlement conference. This Joint Motion represents the first time the parties have requested an extension of the stay. In support thereof, the parties state as follows:

1. The Complaint was served on January 4, 2007. Dkt. No. 1.

2. On February 7, 2007, the parties filed a joint motion to stay proceedings based on the fact that they were engaged in active and diligent efforts to resolve this matter without the need for further litigation. Dkt. No. 6. This Court granted the parties' joint motion for a stay on February 14, 2007. See Minute Order dated Feb. 14, 2007.

3. At that time, the parties agreed upon additional fact-gathering efforts that they believed would assist in reaching a settlement of this litigation. The parties undertook those efforts and have nearly completed them.

---

[1] If the parties ask for sixty days, the stay will be lifted on a Saturday; the parties ask for sixty-two days in order to avoid this issue.

4. The parties have engaged in settlement negotiations and will continue to do so. The parties believe referral to a Magistrate Judge for settlement purposes only will advance those negotiations.

5. The parties believe that an additional sixty-two-day stay of proceedings will permit them to complete remaining fact-gathering efforts and settlement negotiations, including any conferences with a Magistrate Judge.

6. The parties believe that the requested stay of proceedings will not unnecessarily delay the resolution of this matter should a settlement not be reached.

Accordingly, the parties respectfully request that the Court stay all proceedings in this matter for sixty-two additional days, and refer this matter to a Magistrate Judge for settlement purposes only. The parties' requested extension will expand the stay through and including July 9, 2007, thereby extending the time in which the Defendant may answer or otherwise respond to the Complaint through and including July 16, 2007.

Dated: April 26, 2007                     Respectfully submitted,

                                                   /s/  David W. Sanford
David Sanford, D.C. Bar No. 457933
Shayna Bloom, D.C. Bar No. 498105
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

*Attorneys for Plaintiff and the Putative Class*

      /s/  Jason C. Schwartz
Jason C. Schwartz, D.C. Bar No. 465837
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., NW
Suite 900
Washington, DC 20036
Telephone: (202) 955-8500

Facsimile: (202) 467-0539

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>        Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND**<br>**FOR JURY TRIAL**<br><br>Case No. 1:06-cv-2253 (RCL) |

## ORDER

Upon consideration of the parties' Joint Motion to Extend the Stay in Proceedings and to Refer to a Magistrate Judge for Settlement Purposes Only, it is hereby ORDERED that the parties' Motion is GRANTED.

The stay in the proceedings will be lifted on July 9, 2007, and this case is hereby referred to Magistrate Judge _____ for settlement purposes only.

SO ORDERED.

Dated: _____, 2007         _____
                                                     United States District Judge Royce C. Lamberth