UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>  Plaintiff,<br><br>v.<br><br>JOHNNY ROCKETS GROUP, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2253 (RCL)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' joint motion [12] to extend the stay in the proceedings and to refer to a magistrate judge for settlement purposes only, it is hereby

ORDERED that the parties' motion [12] is GRANTED; it is further

ORDERED that the stay in the proceedings will be lifted on July 9, 2007; and it is further

ORDERED that this case is referred to Magistrate Judge Kay for settlement purposes only.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.