UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>    Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>Case No. 1:06cv02253 (RCL) |

## JOINT MOTION TO EXTEND THE STAY IN PROCEEDINGS

Plaintiff and Defendant, by and through their undersigned counsel, hereby respectfully move to extend the existing stay of proceedings in this matter by thirty days to facilitate this matter's possible settlement. This Joint Motion represents the second time the parties have requested an extension of the stay. In support thereof, the parties state as follows:

1. The Complaint was served on January 4, 2007. Dkt. No. 1.

2. On February 7, 2007, the parties filed a joint motion to stay proceedings based on the fact that they were engaged in active and diligent efforts to resolve this matter without the need for further litigation. Dkt. No. 6. This Court granted the parties' joint motion for a stay on February 14, 2007. See Minute Order dated Feb. 14, 2007.

3. At that time, the parties agreed upon additional fact-gathering efforts that they believed would assist in reaching a settlement of this litigation. The parties undertook those efforts.

4. The parties have engaged in settlement negotiations and will continue to do so. On April 27, 2007, the parties made their first request for an extension in the stay. Dkt. No. 12. The Court extended the stay until July 9, 2007. The parties requested referral to a Magistrate

Judge for settlement purposes only (which the Court granted) and are in the process of scheduling the settlement conference for July.[1]

5. The parties believe that an additional thirty-day stay of proceedings will permit them to complete remaining fact-gathering efforts and settlement negotiations, and to participate in a settlement conference with the Magistrate Judge.

6. The parties believe that the requested stay of proceedings will not unnecessarily delay the resolution of this matter should a settlement not be reached.

Accordingly, the parties respectfully request that the Court stay all proceedings in this matter for thirty additional days. The parties' requested extension will expand the stay through and including August 8, 2007, thereby extending the time in which the Defendant may answer or otherwise respond to the Complaint through and including August 15, 2007.

Dated: June 18, 2007               Respectfully submitted,

                                   /s/  David W. Sanford
                                   David Sanford, D.C. Bar No. 457933
                                   Shayna Bloom, D.C. Bar No. 498105
                                   **SANFORD WITTELS & HEISLER, LLP**
                                   1666 Connecticut Avenue, NW, Suite 310
                                   Washington, D.C. 20009
                                   Telephone: (202) 742-7780
                                   Facsimile: (202) 742-7776

                                   *Attorneys for Plaintiff and the Putative Class*


                                   /s/  Jason C. Schwartz
                                   Jason C. Schwartz, D.C. Bar No. 465837
                                   **GIBSON, DUNN & CRUTCHER LLP**
                                   1050 Connecticut Ave., NW
                                   Suite 900
                                   Washington, DC 20036
                                   Telephone: (202) 955-8500

---

[1] Although the parties scheduled a settlement conference with Magistrate Judge Kay for June 26, 2007, scheduling conflicts have forced the parties to reschedule for a later date.

Facsimile: (202) 467-0539

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>        Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND**<br>**FOR JURY TRIAL**<br><br><br>Case No. 1:06-cv-2253 (RCL) |

## ORDER

Upon consideration of the parties' Joint Motion to Extend the Stay in Proceedings, it is hereby ORDERED that the parties' Motion is GRANTED.

The stay in the proceedings will be lifted on August 9, 2007.

SO ORDERED.

Dated: _____, 2007     _____
                                               United States District Judge Royce C. Lamberth