# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>        Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND**<br>**FOR JURY TRIAL**<br><br>Case No. 1:06-cv-2253 (RCL) |

## UNOPPOSED MOTION TO SET NEW DATES FOR CLASS CERTIFICATION BRIEFING

Plaintiff, by and through undersigned counsel, hereby respectfully moves this Court to reset the date by which Plaintiff must move for class certification in this matter. Pursuant to Local Rule 7(m), Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel will not oppose this motion.

On December 29, 2006, Plaintiff filed the complaint in this matter. Dkt. No. 1. On February 7, 2007, after the parties engaged in preliminary settlement discussions, the parties filed a Joint Motion to Stay this litigation to allow the parties to continue the settlement process. Dkt. No. 6. On February 13, 2007, this Court granted that motion and stayed the litigation. Dkt. No. 7. The stay was expire on May 8, 2007. On April 27, 2007, the parties jointly moved to extend the stay once more until July 9, 2007. Dkt. No. 12. The Court granted that motion, and the parties are still engaged in settlement talks; however, the parties have filed a second motion to extend the stay until August 8, 2007 because settlement discussions are not yet complete.[1]

---

[1] Although the parties scheduled a settlement conference with Magistrate Judge Kay for June 26, 2007, scheduling conflicts have forced the parties to reschedule for a later date. If the Court does

In order to preserve Plaintiff's rights in the event that this matter did not settle, on March 8, 2007, Plaintiff filed a motion to extend the date by which Plaintiff had to move for class certification. Plaintiff asserted that under other circumstances, Plaintiff's Motion for Class Certification would be due on March 29, 2007, and noted that the parties agreed that because of the stay in place, that period was tolled until the stay expired. The new deadline for a class certification motion, at that point, would therefore have been June 22, 2007. The Court agreed with Plaintiffs and set June 22, 2007 as the new deadline for Plaintiff's class certification motion.

If this Court grants the parties' second motion to extend the stay in this case, Plaintiff believes the new class certification motion deadline should be September 24, 2007.[2] Defendant concurs. For the foregoing reasons, Plaintiff respectfully requests that this Court set September 24, 2007 as the new deadline for Plaintiff's class certification motion should settlement efforts prove unsuccessful.

Dated: June 20, 2007              Respectfully submitted,

                                  ____/s/ David W. Sanford_____
                                  David W. Sanford, D.C. Bar No. 457933
                                  Shayna M. Bloom, D.C. Bar No. 498105
                                  **SANFORD, WITTELS & HEISLER, LLP**
                                  1666 Connecticut Ave., N.W., Suite 310
                                  Washington, D.C. 20009
                                  Telephone: (202) 742-7782
                                  Facsimile: (202) 742-7776

                                  *Attorneys for the Plaintiff and the Putative Class*

---

not grant the joint motion for an extension, Plaintiff believes the class certification motion should be due on Monday, August 6, 2007.

[2] September 22, 2007 is the date forty-five days after August 8, 2007, but because it falls on a Saturday, Plaintiff suggests September 24, 2007 instead.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>           Plaintiff,<br><br>           v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>           Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND**<br>**FOR JURY TRIAL**<br><br>Case No. 1:06-cv-2253 (RCL) |

### ORDER

Upon consideration of Plaintiff's Unopposed Motion to Set New Dates for Class Certification Briefing, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Plaintiff's class certification motion will now be due on September 24, 2007.

SO ORDERED.

Dated: _____, 2007     _____
                                                   United States District Judge Royce C. Lamberth