UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANDREW PALIOTTO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-2253 (RCL) |
| JOHNNY ROCKETS GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

# ORDER

Upon consideration of the parties' joint motion [15] to extend the stay in the proceedings, it is hereby

ORDERED that the parties' motion [15] is GRANTED; and it is further

ORDERED that the stay in the proceedings will be lifted on August 9, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.