UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHNNY ROCKETS GROUP, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2253 (RCL) |

## ORDER

Upon consideration of plaintiff's unopposed motion [16] to set new dates for class certification briefing, it is hereby

ORDERED that plaintiff's motion [16] is GRANTED; and it is further

ORDERED that plaintiff's class certification motion is due on September 24, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.

1