UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PALIOTTO,<br><br>on behalf of himself individually and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE JOHNNY ROCKETS GROUP, INC.,<br><br>        Defendant. | **COLLECTIVE ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>Case No. 1:06cv02253 (RCL) |

## JOINT NOTICE REGARDING ANTICIPATED SETTLEMENT

Plaintiff and Defendant, by and through their undersigned counsel, hereby respectfully notify the Court that they have reached an agreement regarding the disposition of this matter. However, because the stay in this matter recently lifted and because the parties anticipate that the settlement may not be finalized for several weeks, the parties file this Notice. For the foregoing reasons, the parties respectfully request that the Court stay the proceedings to allow opt-in plaintiffs to return their signed settlement agreements and continue the stay until such time as the parties file a stipulation of dismissal.

Dated: August 13, 2007

        Respectfully submitted,

        /s/ David W. Sanford
        David Sanford, D.C. Bar No. 457933
        Shayna Bloom, D.C. Bar No. 498105
        **SANFORD WITTELS & HEISLER, LLP**
        1666 Connecticut Avenue, NW, Suite 310
        Washington, D.C. 20009
        Telephone: (202) 742-7780
        Facsimile: (202) 742-7776

        *Attorneys for Plaintiff and the Putative Class*

        /s/ Jason C. Schwartz
        Jason C. Schwartz, D.C. Bar No. 465837

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., NW
Suite 900
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorney for Defendants*