UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------ x
:
ANDREW PALIOTTO, *et al.*, :
:
Plaintiffs, :
: No. 1:06-CV-02253 (RCL/AK)
v. :
:
THE JOHNNY ROCKETS GROUP, INC., :
:
Defendant. :
:
------------------------------------ x

[~~PROPOSED~~] ORDER

FILED
JAN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Parties' Joint Motion to Approve Settlement and File Under Seal ("Joint Motion"), and for good cause shown, it is hereby

ORDERED that the proposed settlement by, between, and among the Parties, as set forth and embodied in the Parties' Agreement and Release, a copy of which is attached as Exhibit A to the *Sealed* Joint Motion, is hereby APPROVED; it is

FURTHER ORDERED that the Agreement and Release and Joint Motion remain under seal absent further order from this Court; it is

FURTHER ORDERED that the above-captioned matter is DISMISSED, with prejudice.

Dated: Jan. 2, 2008

_____
The Honorable Royce C. Lamberth
United States District Judge

## LOCAL CIVIL RULE 7(k) ATTORNEYS TO BE NOTICED

Jason C. Schwartz, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorney for Defendant


David W. Sanford, D.C. Bar No. 457933
Shayna M. Bloom, D.C. Bar No. 498105
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Attorneys for Plaintiffs